# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-11128-ELF

DAVY WOODS
ANGELA B WOODS
309 ROSS COURT

WYNCOTE, PA 19095

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DAVY WOODS
    ANGELA B WOODS
    309 ROSS COURT

    WYNCOTE, PA 19095

**Counsel for debtor(s), by electronic notice only.**
    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                       /s/ William C. Miller

Date: 5/8/2019

                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee