**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13

**Woods, Davy**
**Woods, Angela B**
     **Debtors**

                                            :          19-11128

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

I certify that on May 13, 2019 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition and from the claims docket were served a copy of the Debtors' FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: May 13, 2019

                          "/s/"Mitchell J. Prince
                          John L. McClain, Esquire
                          Mitchell J. Prince, Esquire
                          Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072