**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                           : Chapter 13
    Woods, Davy
    Woods, Angela B
        Debtors                                          : 19-11128

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Crothall Healthcare, Inc.
1500 Liberty Ridge Dr., St. 210
Wayne, PA 19087**

Re:   **Woods, Davy**
SSN:  xxx-xx-8933

The future earnings of the above named debtor Woods, Davy, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$1,075.00 monthly for 4 months (started on March 1, 2019), then as of this July 1, 2019, the payment shall increase to $1,125.00 monthly for a period of 56 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$1,075.00 monthly for 4 months (started on March 1, 2019), then as of this July 1, 2019, the payment shall increase to $1,125.00 monthly for a period of 56 months,  to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799.

BY THE COURT: _____     5/16/19
                       JUDGE

Crothall Healthcare, Inc.
1500 Liberty Ridge Dr., St. 210
Wayne, PA 19087

Woods, Davy

Woods, Angela B
309 Ross Court
Wyncote, PA 19095

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123