United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Davy Woods  
Angela B Woods  
    Debtors

Case No. 19-11128-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer    Page 1 of 1    Date Rcvd: May 16, 2019  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.  
db/jdb      +Davy Woods,    Angela B Woods,    309 Ross Court,    Wyncote, PA 19095-1228  
            +Crothall Healthcare, Inc.,    1500 Liberty Ridge Dr.,    Ste 210,    Wayne, PA 19087-5583

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:  
         JOHN L. MCCLAIN    on behalf of Debtor Davy  Woods aaamcclain@aol.com, edpabankcourt@aol.com  
         JOHN L. MCCLAIN    on behalf of Joint Debtor Angela B Woods aaamcclain@aol.com, edpabankcourt@aol.com  
             REBECCA ANN SOLARZ    on behalf of Creditor     FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  
             United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
             WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                     : Chapter 13
    Woods, Davy
    Woods, Angela B
        Debtors                                : 19-11128

## AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**Crothall Healthcare, Inc.**
**1500 Liberty Ridge Dr., St. 210**
**Wayne, PA 19087**

Re:  **Woods, Davy**
SSN:  xxx-xx-8933

    The future earnings of the above named debtor Woods, Davy, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$1,075.00 monthly for 4 months (started on March 1, 2019), then as of this July 1, 2019, the payment shall increase to $1,125.00 monthly for a period of 56 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$1,075.00 monthly for 4 months (started on March 1, 2019), then as of this July 1, 2019, the payment shall increase to $1,125.00 monthly for a period of 56 months,** to: William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799.

BY THE COURT: _____  5/16/19
                          JUDGE

Crothall Healthcare, Inc.
1500 Liberty Ridge Dr., St. 210
Wayne, PA 19087

Woods, Davy

Woods, Angela B
309 Ross Court
Wyncote, PA 19095

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123