# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Davy Woods<br>           Angela B. Woods<br>                           Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION, its successors and/or assigns<br>                           Movant<br>              vs. | NO. 19-11128 ELF |
| Davy Woods<br>Angela B. Woods<br>                           Debtor(s) | |
| William C. Miller Esq.<br>                           Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of FREEDOM MORTGAGE CORPORATION, which was filed with the Court on or about **May 13, 2019, docket number 22**.

                              Respectfully submitted,

                        By: **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322
                              Attorney for Movant/Applicant

June 3, 2019