United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-11128-elf
Davy Woods                                                                  Chapter 13
Angela B Woods
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1          Date Rcvd: Jul 11, 2019
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db/jdb          +Davy Woods,   Angela B Woods,   309 Ross Court,   Wyncote, PA 19095-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
          JOHN L. MCCLAIN   on behalf of Debtor Davy  Woods aaamcclain@aol.com,  edpabankcourt@aol.com
          JOHN L. MCCLAIN   on behalf of Joint Debtor Angela B Woods aaamcclain@aol.com,
           edpabankcourt@aol.com
          REBECCA ANN SOLARZ   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                    TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : Chapter 13
  Woods, Davy
  Woods, Angela B
        Debtors                        :  19-11128


**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**


AND NOW, this __11th__ day of __July_____, 2019, upon consideration of the
Application for allowance of Compensation and Reimbursement of Expenses
filed by Debtor's counsel, IT IS HEREBY

  **ORDERED** that the Application is granted and compensation of $5,000.00
and $0.00 in expenses are **ALLOWED,** and  the unpaid balance of $5,000.00
and $0.00 shall be paid through debtor's' Chapter 13 Plan through the office of
the Chapter 13 trustee as an administrative priority expense, to the extent
provided for by the Debtor's confirmed plan.


_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE