IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVY WOODS | : | |
| ANGELA B. WOODS | : | BK. No. 19-11128 ELF |
| A/K/A ANGELA WOODS | : | |
|            Debtors | : | |

## ORDER

(Doc. # 50)

AND NOW, this 17th day of December, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE