**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                  : Chapter 13

**Woods, Davy
Woods, Angela B
        Debtors**

                                                                           :          19-11128

### CERTIFICATE OF SERVICE

I certify that on <u>September 24, 2021</u> the standing trustee and all creditors of the debtors at their addresses as shown in the schedules accompanying the debtors' petition and from the claims docket were served a copy of the Debtors' Second Praecipe To Substitute Exhibit A to Motion to Modify Confirmed Plan (See Docket No. 56) with attached revised Proposed Modified Plan (2nd Amended) either by way of ECF or by first class regular U.S. mail.


Dated:<u>September 24, 2021</u>

                                         _"/s/"Mitchell J. Prince
                                         John L. McClain, Esquire
                                         Mitchell J. Prince, Esquire
                                         Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072