**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| **Woods, Davy** | |
| **Woods, Angela B** | **: 19-11128** |
| **Debtors** | |
| | **: Hearing Date, Time and Place:** |

> **Date: December 7, 2021**
> **Time: 1 pm**
> **United States Bankruptcy Court**
> **900 Market Street**
> **Philadelphia, PA 19107**
> **Court Room #1**

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**The above-named debtors filed an objection to the proof of claim you filed in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminate.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Eric L. Frank on December 7, 2021, at 1 pm, in Courtroom #1, United State Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: October 31, 2021

Attorney for Objector
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. McClain & Associates.
PO Box 123
Narberth, PA 19072-0123
Telephone: 484-588-5570
Fax No.:   1-888-857-1967