**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                  : Chapter 13
    Woods, Davy
    Woods, Angela B
        Debtors
                                :         19-11128

**CERTIFICATE OF SERVICE**

     I certify that copies of the **Debtors' Objection to Proof of Claim, proposed Order, Notice of hearing,** were served upon the trustee and the claimant listed below, by mailing such copies by first class, regular U.S. mail, postage prepaid or by electronic means on  October 31, 2021.

                                       "/s/"Mitchell J. Prince, Esquire
                                      John L. McClain, Esquire
                                      Mitchell J. Prince, Esquire
                                      Attorneys for debtors

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

LVNV Funding, LLC
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587
ATTN: Vanessa Medlock