United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11128-elf |
| Davy Woods | Chapter 13 |
| Angela B Woods | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 26, 2022 | Form ID: 167 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Davy Woods, Angela B Woods, 309 Ross Court, Wyncote, PA 19095-1228 |
| 14645998 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14389744 | | FREEDOM MORTGAGE CORPORATION, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14646670 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14286442 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14277971 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14277976 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14277979 | + | Security Check, Attn: Bankruptcy Dept, 2612 Jackson Ave W, Oxford, MS 38655-5405 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Aug 27 2022 00:07:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2022 00:11:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14310797 | + | Email/Text: g20956@att.com | Aug 27 2022 00:07:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14317649 | | Email/Text: bnc@atlasacq.com | Aug 27 2022 00:07:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 14277962 | + | Email/Text: bsimmons@amsher.com | Aug 27 2022 00:07:00 | AmSher Collection Srv, 4524 Southlake Parkway, STE 15, Hoover, AL 35244-3271 |
| 14303908 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2022 00:11:01 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14277963 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2022 00:11:05 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14277964 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 27 2022 00:11:10 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14279930 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2022 00:11:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14296992 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2022 00:11:10 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14302938 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2022 00:11:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

| Recipient ID | | Notice Method | Date/Time | Party |
|---|---|---|---|---|
| 14308550 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2022 00:11:00 | Ave, Oklahoma City, OK 73118-7901<br>Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14277965 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2022 00:07:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14316344 | | Email/Text: BKPT@cfna.com | Aug 27 2022 00:07:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14277966 | + | Email/Text: BKPT@cfna.com | Aug 27 2022 00:07:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14277967 | + | Email/PDF: pa_dc_ed@navient.com | Aug 27 2022 00:11:10 | Dept of Ed / Navient, Attn: Claims Dept, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14645999 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2022 00:07:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14277969 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2022 00:07:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14318186 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2022 00:07:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14277970 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2022 00:07:00 | Genesis Bankcard Services, Attn: Bankruptcy Department, PO Box 4477, Beaverton, OR 97076-4401 |
| 14277968 | | Email/Text: bnc-bluestem@quantum3group.com | Aug 27 2022 00:07:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395 |
| 14277972 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2022 00:07:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 14314580 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2022 00:11:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14289650 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2022 00:11:05 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14277973 | + | Email/Text: bk@lendingclub.com | Aug 27 2022 00:07:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14277974 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2022 00:11:00 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14321742 | | Email/PDF: pa_dc_ed@navient.com | Aug 27 2022 00:11:10 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14277975 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 27 2022 00:07:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14277977 | + | Email/Text: bankruptcy@philapark.org | Aug 27 2022 00:07:00 | Philadelphia Parking Authority, 701 Market St., Ste 5400, Philadelphia, PA 19106-2895 |
| 14314057 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2022 00:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14277978 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 27 2022 00:11:05 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14293228 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 27 2022 00:11:05 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14284546 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2022 00:11:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Debtor Davy Woods aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Angela B Woods aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| STEPHEN R. STARKS | on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com |
| THOMAS SONG | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Davy Woods and Angela B Woods
    Debtor(s)

Case No: 19−11128−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to the Certification of Default

on: 9/6/22

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 8/26/22

For The Court

Timothy B. McGrath
Clerk of Court

94 − 92, 93
Form 167