**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
  Woods, Davy
  Woods, Angela B
        Debtors                          :   19-11128

## ORDER

**AND NOW**, upon consideration of the Second Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Second Supplemental Application is **GRANTED**.
2. Second Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,000.00.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed second supplemental compensation set forth in ¶2 less $0.00 which was paid by the Debtors pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan as modified.

Date:  2/28/23

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**