United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-11128-elf
Davy Woods  Chapter 13
Angela B Woods
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Feb 28, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Davy Woods, Angela B Woods, 309 Ross Court, Wyncote, PA 19095-1228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:

**Name**     **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com

JOHN L. MCCLAIN
    on behalf of Debtor Davy Woods aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

JOHN L. MCCLAIN
    on behalf of Joint Debtor Angela B Woods aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com

STEPHEN R. STARKS
    on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com

THOMAS SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
  Woods, Davy
  Woods, Angela B
            Debtors : 19-11128

## ORDER

**AND NOW**, upon consideration of the Second Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Second Supplemental Application is **GRANTED**.
2. Second Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,000.00.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed second supplemental compensation set forth in ¶2 less $0.00 which was paid by the Debtors pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan as modified.

**Date:** 2/28/23

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**