**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Davy Woods<br>Angela B. Woods<br>_Debtor(s)_ | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION<br>_Movaant_<br>vs.<br>Davy Woods<br>Angela B. Woods<br>_Debtor(s)_<br>Kenneth E. West Esq.<br>_Trustee_ | NO. 19-11128 PMM<br><br>11 U.S.C. Section 362 |

**NOTICE OF DEFAULT**
**AND RE-LISTED HEARING DATE**

FREEDOM MORTGAGE CORPORATION has Certification of Default.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. A hearing on the certification of default is scheduled to be held before the Honorable Patricia M. Mayer Judge, the United States Bankruptcy Judge, in Courtroom 1 at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, Pa. 19107-4299 on **September 27, 2023**, at **1:00pm** or as soon thereafter as counsel can be heard, to consider the motion.

2. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

3. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

9/8/2023

**/s/ Michael P. Farrington, Esquire**
Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734
Attorney for Movant/Applicant