# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : Chapter 13
      Woods, Davy
      Woods, Angela B
        Debtor(s)                          : 19-11128

         :

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this 16th day of    October,    2023, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Crothall Healthcare, Inc. to make monthly payments on behalf the debtor to the chapter 13 trustee,  is hereby terminated.

BY THE COURT

_Patricia M. Mayer_
_____
JUDGE

Crothall Healthcare, Inc.
1500 Liberty Ridge Dr., St. 210
Wayne, PA 19087

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Woods, Davy
Woods, Angela B
309 Ross Court
Wyncote, PA 19095

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106