**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                                : Chapter 13
    Woods, Davy
    Woods, Angela B
        Debtors                       :    19-11128
```

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE COURT

    The Debtors hereby withdraw the document captioned Objection to Certificate of Default filed by Debtors on May 12, 2023 (Docket No. 118) by agreement of the parties.

Date:  October 23, 2023

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor