United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 19-11128-pmm
Davy Woods                                                              Chapter 13
Angela B Woods
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                    Page 1 of 4
Date Rcvd: Dec 12, 2023                          Form ID: pdf900                             Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Davy Woods, Angela B Woods, 309 Ross Court, Wyncote, PA 19095-1228 |
| 14645998 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14389744 | | FREEDOM MORTGAGE CORPORATION, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14646670 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14286442 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14277971 | #+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14277976 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14277979 | + | Security Check, Attn: Bankruptcy Dept, 2612 Jackson Ave W, Oxford, MS 38655-5405 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2023 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Dec 13 2023 00:18:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2023 00:31:16 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14310797 | + | Email/Text: g20956@att.com | Dec 13 2023 00:18:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14317649 | | Email/Text: bnc@atlasacq.com | Dec 13 2023 00:18:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 14277962 | + | Email/Text: bsimmons@amsher.com | Dec 13 2023 00:18:00 | AmSher Collection Srv, 4524 Southlake Parkway, STE 15, Hoover, AL 35244-3271 |
| 14303908 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2023 00:32:11 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14277963 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2023 00:32:11 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14277964 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14279930 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2023 00:32:12 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14296992 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2023 00:31:48 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14302938 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2023 00:31:48 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14308550 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:31:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14277965 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 00:32:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14316344 | | Email/Text: BKPT@cfna.com | Dec 13 2023 00:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14277966 | + | Email/Text: BKPT@cfna.com | Dec 13 2023 00:18:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14277967 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 13 2023 00:18:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14645999 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 13 2023 00:32:11 | Dept of Ed / Navient, Attn: Claims Dept, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14277969 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 13 2023 00:18:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14318186 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 13 2023 00:18:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14277970 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 13 2023 00:18:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14277968 | | Email/Text: bnc-bluestem@quantum3group.com | Dec 13 2023 00:18:00 | Genesis Bankcard Services, Attn: Bankruptcy Department, PO Box 4477, Beaverton, OR 97076-4401 |
| 14277972 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2023 00:18:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395 |
| 14833724 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:18:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 14314580 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:31:10 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14289650 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:31:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14277973 | + | Email/Text: Documentfiling@lciinc.com | Dec 13 2023 00:32:12 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14277974 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 13 2023 00:18:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14321742 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 13 2023 00:31:48 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14277975 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 13 2023 00:31:48 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14277977 | + | Email/Text: bankruptcy@philapark.org | Dec 13 2023 00:18:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14314057 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 00:18:00 | Philadelphia Parking Authority, 701 Market St., Ste 5400, Philadelphia, PA 19106-2895 |
| | | | Dec 13 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| | | | | |
|---|---|---|---|---|
| 14277978 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 13 2023 00:31:15 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14293228 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 13 2023 00:31:15 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14284546 | + Email/PDF: ebn_ais@aisinfo.com | Dec 13 2023 00:31:09 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com mmorris@pincuslaw.com |
| JOHN L. MCCLAIN | on behalf of Debtor Davy Woods aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Angela B Woods aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |
| STEPHEN R. STARKS | on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com |

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Dec 12, 2023 Form ID: pdf900 Total Noticed: 44

THOMAS SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| DAVY WOODS | |
| ANGELA B WOODS | |
| Debtor | Bankruptcy No. 19-11128-PMM |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*/s/ Patricia M. Mayer*
_____

**Date: December 12, 2023**    Honorable Patricia M. Mayer
Bankruptcy Judge